| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| WESTERN DISTRICT OF MICHIGAN | |
| Case number *(if known)* | Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Purple East Plus, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Purple East** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **38-2796274** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**2221 Plainfield NE**<br>**Suite 105**<br>**Grand Rapids, MI 49505**<br>Number, Street, City, State & ZIP Code<br><br>**Kent**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **Purpleeastsince1974.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **Purple East Plus, Inc.**　　　　　　　　　　　　　　　　Case number (*if known*)　_____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | ____ | When | ____ | Case number | ____ |
| District | ____ | When | ____ | Case number | ____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | ____ | | | Relationship | ____ |
| District | ____ | When | ____ | Case number, if known | ____ |

| Debtor | **Purple East Plus, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?**   _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name  _____
         Phone  _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Purple East Plus, Inc.**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 14, 2020**
MM / DD / YYYY

X **/s/ Drew Phillippy**          **Drew Phillippy**
Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Steven M. Bylenga**          Date  **April 14, 2020**
Signature of attorney for debtor        MM / DD / YYYY

**Steven M. Bylenga P73492**
Printed name

**Chase Bylenga Hulst, PLLC.**
Firm name

**25 Division Avenue S.**
**Suite 500**
**Grand Rapids, MI 49503**
Number, Street, City, State & ZIP Code

Contact phone  **616-608-3061**    Email address  **nikki@chasebylenga.com**

**P73492 MI**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Purple East Plus, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **2301 Division Properties**<br>**4939 Walnut Creek Dr**<br>**West Bloomfield, MI 48322** | | **Building lease from 01/01/19 through 01/01/24. Debtor no longer occupies space. Total current arrears estimated at $14,562.  Total damages for five** | **Unliquidated** | | | $14,562.00 |
| **250 Ionia, LLC**<br>**110 E. Allegan St**<br>**Lansing, MI 48933** | | **Lease for 250 Ionia.  Debtor terminated lease. Arrears estiamted at $7,281.99** | | | | $7,281.99 |
| **Appearance Products, Inc.**<br>**7496 S. Division Ave**<br>**Grand Rapids, MI 49548** | | **Sign Installation** | | | | $1,504.29 |
| **Certegy Payment Solutions**<br>**C/o Audit Systems Incorporated**<br>**1301 Seminole Blvd Suite 157**<br>**Largo, FL 33770** | | **Creditor Services** | | | | $384.83 |
| **Consumers Energy Bankruptcy Dept.**<br>**4600 Coolidge Hwy**<br>**Royal Oak, MI 48073** | | **Acct No. xxxx9676**<br>**Acct No. xxxx2210**<br>**Acct No. xxxx4366**<br>**Acct No. xxxx6117** | | | | $2,693.55 |
| **Credibily**<br>**4026 N. Miller Rd Suite B200**<br>**Scottsdale, AZ 85251** | | **Receivables** | | $20,000.00 | $0.00 | $20,000.00 |

Debtor   **Purple East Plus, Inc.**                                  Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **DK Weiss & Associates, PLLC**<br>**4660 N. Breton Ct SE**<br>**Suite 102**<br>**Grand Rapids, MI 49508** | | **Judgment** | **Disputed** | | | **$25,331.00** |
| **Fifth Third Bank**<br>**38 Fountain Square Plaza**<br>**Fifth Third Center**<br>**Cincinnati, OH 45263** | | **Credit Services** | | | | **$988.00** |
| **Flagstar Bank**<br>**Box 371891**<br>**Pittsburgh, PA 15250** | | **Credit Services** | | | | **$491.57** |
| **Kool Daec Properties , LLC**<br>**1971 E. Beltline Ave NE**<br>**Suite 240**<br>**Grand Rapids, MI 49525** | | **Lease Contract from 2019 thorugh 2024. Debtor terminating lease. Current amount of lease arrears estiamted at $14,962. Total damages unliquidated.** | **Unliquidated Disputed** | | | **$14,962.00** |
| **Laura Jost**<br>**1135 Lasalette Dr SE**<br>**Grand Rapids, MI 49546** | | **Bookkeeping Services** | | | | **$960.00** |
| **LG Funding**<br>**1218 Union Street**<br>**Brooklyn, NY 11225** | | **Receivables** | | **$48,000.00** | **$0.00** | **$48,000.00** |
| **Lucid Dreamz** | | **Vendor Goods** | | | | **$2,800.00** |
| **Michigan Department of Treasur**<br>**Dept. 77437**<br>**P.O. Box 77000**<br>**Detroit, MI 48277** | | **Sales and Witholding Taxes** | | | | **$35,852.58** |
| **Quick Silver Capital**<br>**181 S. Franklin Ave**<br>**Valley Stream, NY 11581** | | **Business Loan** | | | | **$27,000.00** |
| **River Capital Partners**<br>**140 32nd St #316**<br>**Brooklyn, NY 11232** | | **Receivables** | **Disputed** | **$25,950.00** | **$0.00** | **$25,950.00** |

Debtor **Purple East Plus, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Smith Haughey Rice & Roegge** **100 Monroe Center NW** **Grand Rapids, MI 49503** | | **Attorney's Fees** | | | | $7,495.51 |
| **THRYV, LLC** **533 Ivy Grove North NW** **Grand Rapids, MI 49534** | | **Vendor Goods** | | | | $1,061.00 |
| **Townsquare Media Grand Rapids** **25221 Network Place** **Chicago, IL 60673** | | **Advertisng Fee** | | | | $1,050.00 |
| **Wells Fargo** **PO Box 14411** **Des Moines, IA 50306** | | **Commercial Loan** | | | | $34,000.00 |

.

2301 DIVISION PROPERTIES
4939 WALNUT CREEK DR
WEST BLOOMFIELD MI 48322


2301 DIVISION PROPERTIES


250 IONIA, LLC
110 E. ALLEGAN ST
LANSING MI 48933


250 IONIA, LLC


ADT SECURITY SERVICES, INC.
14200 EAST EXPOSITION AVENUE
AURORA CO 80012


APPEARANCE PRODUCTS, INC.
7496 S. DIVISION AVE
GRAND RAPIDS MI 49548


ARROWWASTE
PO BOX 828
JENISON MI 49429


AUTUMN BROWN


BEN MULLER REALTY CO INC
1971 E BELTLINE AVE
SUITE 240
GRAND RAPIDS MI 49525


BLUE SKY INVESTMENTS, LLC
135 E. FULTON
GRAND RAPIDS MI 49503


CELESTINA FISHER

```
CERTEGY PAYMENT SOLUTIONS
C/O AUDIT SYSTEMS INCORPORATED
1301 SEMINOLE BLVD
SUITE 157
LARGO FL 33770


CHESHIRE LADS
1946 TURNER NW
GRAND RAPIDS MI 49504


CONSUMERS ENERGY
BANKRUPTCY DEPT.
4600 COOLIDGE HWY
ROYAL OAK MI 48073


CREDIBILY
4026 N. MILLER RD
SUITE B200
SCOTTSDALE AZ 85251


DK WEISS & ASSOCIATES, PLLC
4660 N. BRETON CT SE
SUITE 102
GRAND RAPIDS MI 49508


ELIAS RMPELSKI


FIFTH THIRD BANK
38 FOUNTAIN SQUARE PLAZA
FIFTH THIRD CENTER
CINCINNATI OH 45263


FIRST DATA MERCHANT SERVICE
3975 NW 120TH AVE
CORAL SPRINGS FL 33065


FLAGSTAR BANK
BOX 371891
PITTSBURGH PA 15250


GRASP, LLC
250 IONIA SW
GRAND RAPIDS MI 49503
```

```
HANNAH STARK



INTERNAL REVENUE SERVICE
PO BOX 802503
CINCINNATI OH 45280-2503


JARED JEFFREY



KOOL DAEC PROPERTIES , LLC
1971 E. BELTLINE AVE NE
SUITE 240
GRAND RAPIDS MI 49525


LAURA JOST
1135 LASALETTE DR SE
GRAND RAPIDS MI 49546


LAW OFFICE S OF JACOB
VERSTANDIG, PLLC
1459 EAST 13TH ST
BROOKLYN NY 11230


LG FUNDING
1218 UNION STREET
BROOKLYN NY 11225


LJ ROSS & ASSOCIATES
PO BOX 6099
JACKSON MI


LUCID DREAMZ



MICHIGAN ATTORNEY GENERAL
P.O. BOX 30212
LANSING MI 48909


MICHIGAN DEPARTMENT OF TREASUR
DEPT. 77437
P.O. BOX 77000
DETROIT MI 48277
```

```
MULLA LLC
51 CAMPAU CIRCLE #2451
GRAND RAPIDS MI 49503


PETER D. CRONK
325 E. GRAND RIVER
EAST LANSING MI 48823


QUICK SILVER CAPITAL
181 S. FRANKLIN AVE
VALLEY STREAM NY 11581


RANDY VISSER



RICHARD T AVIS & ASSOCIATES
PO BOX 31579
CHICAGO IL 60631


RIVER CAPITAL PARTNERS
140 32ND ST
#316
BROOKLYN NY 11232


SMITH HAUGHEY RICE & ROEGGE
100 MONROE CENTER NW
GRAND RAPIDS MI 49503


TAYLOR SANDERS



THACKER SLEIGHT, PC
601 5TH ST NW #210
GRAND RAPIDS MI 49504


THRYV, LLC
533 IVY GROVE NORTH NW
GRAND RAPIDS MI 49534


TOWNSQUARE MEDIA GRAND RAPIDS
25221 NETWORK PLACE
CHICAGO IL 60673
```

UNITED STATES ATTORNEY OFFICE
ATTN: DONNA JUSTICE
330 IONIA AVE NW
SUITE 501
GRAND RAPIDS MI 49503


VARNUM
BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS MI 49501


VIRGINA ADAMS
C/O FOX LAW, PLC
410 BRIDGE ST N.W.
GRAND RAPIDS MI 49504


WELLS FARGO
PO BOX 14411
DES MOINES IA 50306

# United States Bankruptcy Court
## Western District of Michigan

In re  **Purple East Plus, Inc.**                                                              Case No.
                                                    Debtor(s)                                  Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Purple East Plus, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 14, 2020**                                    **/s/ Steven M. Bylenga**
Date                                                  **Steven M. Bylenga P73492**
                                                      Signature of Attorney or Litigant
                                                      Counsel for   **Purple East Plus, Inc.**
                                                      **Chase Bylenga Hulst, PLLC.**
                                                      **25 Division Avenue S.**
                                                      **Suite 500**
                                                      **Grand Rapids, MI 49503**
                                                      **616-608-3061 Fax:616-719-3782**
                                                      **nikki@chasebylenga.com**